IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SARAH DIRNFELD,

        Plaintiff,

v.

EQUIFAX,

        Defendant.

**Civil Action No.**

### DEFENDANT EQUIFAX'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C § 1441(b) (Diversity)

Defendant Equifax Information Services LLC (improperly named only as "Equifax"), by Counsel, hereby files this Notice of Removal of this action from the Supreme Court of the State of New York, County of Rockland, to the United States District Court for the Southern District of New York. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendant shows this Court as follows:

    1.    An action was filed on or about October 8, 2017 in the Supreme Court of the State of New York, Rockland County, entitled *Sarah Dirnfeld v. Equifax,* Index No. 034911/2017 (the "State Court Action").

    2.    Equifax was served with the State Court Action complaint on February 7, 2018 (the "Complaint," attached as Exhibit A).

    3.    This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

    4.    This Court has original jurisdiction over this case under 28 U.S.C. § 1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States;

specifically, 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

    a. Plaintiff's Complaint, on its face, alleges violations of the FCRA. *See* Ex. A, First Cause of Action..

    b. The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court, without regard to the amount in controversy . . . ."

5.     This Court also has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, in that this is a civil action arising where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

    a. The matter in controversy exceeds $75,000. Plaintiff seeks relief of $1,000,000 in punitive and compensatory damages. Ex. A ("Prayer for Relief").

    b. There is complete diversity between the parties to this suit. Equifax is a citizen of Georgia: it is a wholly owned subsidiary of Equifax Inc. which is incorporated in the state of Georgia, and has its principal place of business and headquarters in Georgia. 28 U.S.C. § 1332(c)(1); *see* Ex. B (proof of incorporation, State of Georgia Corporations Division, available at http://www.sos.ga.gov/); *Hertz Corp. v. Friend*, 559 U.S. 77, 80–81, 93 (2010) (a corporation's "'principal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities"—its "nerve center"—and "in practice it should normally be the place where the corporation maintains its headquarters[.]"); *see also* Ex. A ¶ 3 (Plaintiff identifies Defendant as party in Georgia). Plaintiff is a citizen of New York. Exhibit A ¶ 2; *Ceglia v. Zuckerberg*, 772 F. Supp. 2d 453, 455 (W.D.N.Y. 2011) (A person's citizenship

for purposes of diversity is based upon his domicile. Domicile is the place where a person has his true fixed home and principal establishment, and to which, whenever he is absent, he has the intention of returning . . . Domicile is determined as of the date the complaint is filed.") (internal quotes omitted).

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Southern District of New York because the county from which the State Court Action is being removed (Rockland County) lies within that federal court's jurisdiction.

7. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Supreme Court of the State of New York, County of Rockland, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Equifax in the State Court Action are attached hereto as Exhibit A.

9. Equifax is the only defendant and it consents to removal.

WHEREFORE, Equifax respectfully provides notice that the above-described action be removed to this Court.

DATED: March 9, 2018

    Respectfully submitted,

    */s/ Alicia B. Gilbert*
    Alicia B. Gilbert
    King & Spalding LLP
    1185 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 556-2100
    Fax: (212) 556-2222
    agilbert@kslaw.com

    *Counsel for Defendant Equifax Information Services LLC*