EDWARD B. GELLER, ESQ., P.C.
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

April 6, 2018

Hon. Vincent L. Bricetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:  Case No. 7:18-cv-02153
     Sarah Dirnfeld v. Equifax

Dear Judge Briccetti:

I am Of Counsel to M. Harvey Rephen & Associates, P.C., attorneys for Plaintiff Sarah Dirnfeld in the above captioned matter.  I am writing to advise that the parties have reached a settlement and am requesting that the Court issue a 60 day Order to allow time to prepare, circulate and execute the necessary settlement documents.

Thank you for your consideration and attention to this matter.


Very truly yours,

Edward B. Geller
EBG/pw